ALLFLEX USA, INC., Plaintiff–
Appellee,

v.

AVID IDENTIFICATION SYSTEMS,
INC., Defendant–Appellant.

Allflex USA, Inc., Plaintiff–Appellee,

v.

Avid Identification Systems,
Inc., Defendant,

and

Fish & Richardson P.C., Sanctioned
Party–Appellant.

Nos. 2011–1621, 2012–1007.

United States Court of Appeals,
Federal Circuit.

Dec. 22, 2011.

ON MOTION

ORDER

The court treats the letter from Fish & Richardson P.C. indicating that it will not be participating as a motion to voluntarily dismiss its appeal.

Upon consideration thereof,

It Is Ordered That:

(1) The motion is granted. Appeal 2012–1007 is dismissed. The revised official captions are reflected above.

(2) Each side shall bear its own costs in 2012–1007.